EL PUEBLO, DEMANDANTE Y APELADO, *v.* AQUINO (*a*) BOTÓN, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por falsa representación.

No. 1362.—Resuelto en junio 13, 1919.

VENTA DE RON—CONTRATOS ILÍCITOS—CAUSAS CRIMINALES.—Si bien en los casos civiles a que pudieran dar lugar las transacciones sobre venta de licores en los casos en que la ley las prohibe, las cortes no prestarán ayuda a las partes para obtener el cumplimiento o la rescisión de tales contratos ilícitos, cuando se trata de causas criminales originadas con motivo de los mismos la regla es distinta ya que entonces el poder judicial no va a emplearse en ayudar a un individuo a conseguir el fruto de un negocio inmoral, sino a perseguir a un delincuente.

ID.—FALSA REPRESENTACIÓN—DENUNCIA SUFICIENTE—ALEGACIONES.—El acusado en el presente caso alega que la denuncia no le imputa debidamente el delito de falsa representación porque en ella no se alega cuáles fueron las falsas simulaciones de que se valió para perpetrarlo. *Se resolvió:* que la denuncia es suficiente y efectivamente alega en qué consistió la falsa simulación, estando contenida ésta en la alegación de que el acusado, con el deliberado propósito de defraudar a Rosario Concepción le vendió cinco galones de ron contenidos aparentemente en un garrafón pues estaba preparado de tal modo que sólo tenía como medio cuartillo de ron en la parte cerca del ta-

pón, siendo agua el resto de su contenido; cuya falsa simulación indujo al perjudicado a entregar su dinero pues que razonablemente podía creer que se le entregaban los cinco galones de ron que compraba.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. F. Jiménez Rivera* y *Oller y Rodríguez.*

Abogado del apelado: *Sr. S. Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante fué denunciado y condenado por el delito de falsa representación porque en uno de los días del mes de junio de 1918 "voluntaria y fraudulentamente y valiéndose de falsas simulaciones con el deliberado propósito de defraudar a Rosario Concepción le vendió cinco galones de ron de caña en la suma de cincuenta dollars los cuales recibió, dejando de entregar el licor comprádole, y en su lugar entregó un garrafón preparado al efecto, el que sólo contenía como medio cuartillo de ron en la parte de arriba cerca del tapón y el resto del contenido era agua, defraudando de este modo la suma arriba expresada al Concepción, y la que el acusado se apropió para su utilidad."

Aunque el hecho denunciado lo motivó la venta del ron que está prohibido por la cláusula prohibicionista obrante en la Ley Orgánica de esta Isla, aprobada por el Congreso de los Estados Unidos en 2 de marzo de 1917 y ratificada en las últimas elecciones habidas aquí, eso no impide que si se cometió un delito con motivo de tal venta puede ser perseguido y castigado criminalmente el que lo realizó, según hemos declarado en el caso de *El Pueblo* v. *Medina*, 19 D. P. R. 709, y casos en él citados.

Como no se han traído a este tribunal las pruebas que se presentaron en el juicio en la corte inferior, el apelante limita su recurso a sostener que la denuncia es insuficiente para imputarle la comisión del delito de falsa representación porque en ella no se alegan cuáles fueron las falsas simulaciones de que se valió para perpetrarlo; porque en todo

caso las representaciones fueron de un hecho que el perjudicado ha debido saber era incierto y porque, además, las representaciones o simulaciones serían sobre un hecho futuro o la simple promesa de hacer algo, no cumplida.

Dados los términos en que está redactada la denuncia, entendemos que imputa al acusado que, con el propósito de defraudar al perjudicado, hizo la falsa simulación de ofrecerle en venta cinco galones de ron contenidos en un garrafón que aparentemente los contenía, pues estaba preparado de tal modo que tenía como medio cuartillo de ron en la parte cerca del tapón, siendo agua el resto de su contenido; falsa simulación que indujo al perjudicado a entregar su dinero, pues dada la forma en que estaba preparado el garrafón razonablemente podía creer que se le entregaban los cinco galones de ron que compraba.

En cuanto al último motivo en que el apelante funda la alegación de insuficiencia de la denuncia, tenemos que decir que ésta se hizo porque vendió agua como si fuera ron, siéndolo aparentemente dado la forma en que estaba construído el garrafón que entregó en el acto de la venta.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.